IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONWIDE MUTUAL INSURANCE CO.      :      CIVIL ACTION

v.                                   :

MICHAEL DAILY, et al                 :      NO. 02-4830

ORDER

AND NOW, this 7th day of October, 2002, it is hereby ORDERED:

1. Additional parties, if any, must be joined within the time specified in Local Rule 14.1. All discovery, and any other activity within the provisions of Rule 16(b)(1) - (3), is to be completed by February 6, 2003.

2. Defendant shall file their motion for summary judgment on or before March 6, 2003.

3. Defendant, Michael Daily, granted leave to file an amended answer.

THOMAS N. O'NEILL, JR.,    J.