IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONWIDE MUTUAL INSURANCE CO.  :          CIVIL ACTION

      v.                                 :

MICHAEL DAILY, et al               :          NO. 02-4830

O R D E R

AND NOW, this 27th day of January, 2003, it is ORDERED that:

1. All discovery, and any other activity with the provisions of Rule 16(b)1)-(3), is to be completed by April 23, 2003.

2. Defendant shall file their motion for summary judgment on or before May 23, 2003.

3. Defendant, Michael Daily, is granted leave to file an amended answer.

                                            THOMAS N. O'NEILL, JR.,     J.