IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL<br>INSURANCE COMPANY | : | CIVIL ACTON |
| | : | |
| v. | : | |
| | : | |
| MICHAEL DAILY, et al | : | NO. 02-4830 |

### O R D E R

AND NOW, this        day of April, 2003:

1.   Plaintiff's motion for a protective order is GRANTED;

2.   Defendants' motions to compel, for sanctions and for an extension of the discovery cut-off date are DENIED.

In my view, the issue in this case is a factual one --- whether William Repetto was on May 13, 2001, a person who lived in or was a regular resident of Michael Dailey's household. The discovery sought by defendants is not relevant to resolution of this issue.

Any party may file a motion for summary judgment on or before May 23, 2003. This Order does not preclude any application for permission to seek discovery demonstrated to be relevant to the issues raised by any such motion.

If Ms. Lydon's deposition has not been taken, it may proceed.

_____
THOMAS N. O'NEILL, JR.,            J.