## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE CO., | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN REPETTO DAILY, as Parent and | : | NO. 02-CV-4830 |
| Natural Guardian of William Repetto, a Minor | : | |
| and | : | |
| MICHAEL DAILY | : | |
| | : | |
| Defendants | : | |

---

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendants' Joint Motion for Summary Judgment and any responses thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Joint Motion for Summary Judgment is **GRANTED** and this Declaratory Judgment Action is hereby **DISMISSED.**

BY THE COURT:

_____
J.