IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE CO. | : | CIVIL ACTION |
| v. | : | |
| MAUREEN REPETTO DAILY, as parent and Natural Guardian of William Repetto, a Minor, et al | : : | NO. 02-4830 |

**CIVIL JUDGMENT**

Before: Honorable Thomas N. O'Neill, Jr.

AND NOW, this 26th day of September, 2003, in accordance with the Court's Memorandum and Order, dated September 26, 2003,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants, Maureen Repetto Daily, as parent and natural guardian of William Repetto, a minor and Michael Daily and against plaintiff, Nationwide Mutual Insurance Co.

BY THE COURT:

ATTEST:

Deputy Clerk